UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Adversary Title :** | Burkart v. Baronet and Co., Inc. et al | **Case No :** | 08-24692 - C - 7 |
| | | **Adv No :** | 08-02360 - C |
| | | **Date :** | 7/7/09 |
| | | **Time :** | 01:30 |

| | |
|---|---|
| **Matter :** | Pre-Trial Conference - [1] - (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) : Notice of Removal by Paul Morlas against Baronet and Co., Inc., Suisun City/Breezewood, L.P.. Fee Amount of $250.00 is Exempt. (dhes) See Amended Complaint filed 09/10/08 Modified on 9/11/2008 (kwis). |
| **Judge :** | Christopher M. Klein |
| **Courtroom Deputy :** | Teresa Jackson |
| **Reporter :** | Diamond Reporters |
| **Department :** | C |

**APPEARANCES for :**
**Movant(s) :**
  Plaintiff's Attorney - Jason Cinq-Mars
**Respondent(s) :**
(by phone)   Defendant's Attorney - Kari L. Ley


PRE-TRIAL CONFERENCE was :


Held.

Withdrawal of reference granted. Case to be heard in District Court.